
575 Madison Avenue
New York, NY 10022-2585
212.940.8800 tel
www.kattenlaw.com

ANTHONY L. PACCIONE
anthony.paccione@kattenlaw.com
212.940.8502 direct
212.894.5502 fax

March 14, 2019

By ECF

Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     **Trahan v. Lazar et al., 19-cv-01131 (GHW)**

Dear Judge Woods:

This firm represents all defendants in the above-referenced action, namely Nancy Lazar, Andrew Laperriere, Roberto Perli, Michael Kantrowitz, George Zachar, Cornerstone Macro Holdings LLC, and Cornerstone Macro Research LP F/K/A Cornerstone Macro LP (the "Defendants").

I am writing to request that Your Honor grant a two-day extension of time for Defendants to file their opposition to Plaintiff's Motion for a Preliminary Injunction (the "Motion") from March 18, 2019 to March 20, 2019. Plaintiff accordingly requests that his time to reply be extended from March 29, 2019 to April 3, 2019.

Defendants' opposition was initially due on March 11, 2019 and extended with consent of all parties to March 18, 2019 by letter filed on March 7, 2019. We believe there is good cause for this second minimal extension of time due to the Defendants' witnesses' schedules and the amount of time needed to finalize these papers. We have reached out to counsel for Plaintiff Francois Trahan, Akiva Shapiro of Gibson, Dunn and Crutcher LLP, for his consent to the foregoing schedule and have not yet received a definitive response. Given Your Honor's rules requiring that such an application be made two business days in advance of the date we are seeking to adjourn, we are submitting this letter now and will advise the Court promptly with Mr. Shapiro's response.

Respectfully submitted,

Anthony L. Paccione

CC:

Counsel for Plaintiff via ECF

AUSTIN     CENTURY CITY     CHARLOTTE     CHICAGO     DALLAS     HOUSTON     LOS ANGELES
NEW YORK     ORANGE COUNTY     SAN FRANCISCO BAY AREA     SHANGHAI     WASHINGTON, DC
LONDON: KATTEN MUCHIN ROSENMAN UK LLP
A limited liability partnership including professional corporations

US 138231016v1 391326-00003 3/14/2019 4:22 PM