UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

FRANCOIS TRAHAN,

                        Plaintiff,

    v.

NANCY LAZAR, ANDREW LAPERRIERE, ROBERTO PERLI, MICHAEL KANTROWITZ, GEORGE ZACHAR, CORNERSTONE MACRO HOLDINGS LLC, AND CORNERSTONE MACRO RESEARCH LP F/K/A CORNERSTONE MACRO LP,

                        Defendants.

------------------------------------- x

Case No.: 19 CV 1131 (GHW)

**AFFIDAVIT OF ANTHONY PACCIONE**

STATE OF NEW YORK  )
                           ) ss.:
COUNTY OF NEW YORK )

I, Anthony L. Paccione, being duly sworn, deposes and says:

1. I am a partner with the law firm of Katten Muchin Rosenman LLP, counsel to all Defendants in the above captioned matter. I respectfully submit this affidavit in Opposition to Plaintiff's Motion for a Preliminary Injunction and Expedited Discovery. I have personal knowledge of the facts set forth herein, unless otherwise stated.

2. I submit this affidavit principally to present, in one place, the below exhibits that are referenced in the accompanying declarations. The various declarants have identified the documents as listed below.

| Exhibit No. | Document | Declarant |
|---|---|---|
| 1 | Amended and Restated Limited Partnership Agreement, Effective Apr. 20, 2013 | Laperriere |
| 2 | Articles of Organization for Cornerstone Macro LLC, dated Apr. 3, 2013 and amended on Feb. 14, 2014 (retrieved Mar. 20, 2019) | Laperriere |
| 3 | Cornerstone Macro Portfolio Strategy Report "2017 Outlook: The Year of Disappointments," dated January 3, 2017 | Laperriere |
| 4 | SPX Index- CCMP Index- INDU Index From 12/29/16 to 12/31/17 (retrieved Mar. 19, 2019) | Laperriere |
| 5 | Cornerstone Macro Holdings LLC Amended And Restated Limited Liability Company Agreement, effective April 20, 2013 | Laperriere |
| 6 | Cornerstone Macro Economic Research Report "Eurozone Green Shoots," dated Mar. 18, 2019 | Laperriere |
| 7 | Cornerstone Macro Global Policy Report "The Outlook for the Fed's Balance Sheet: Likely Good News for Stocks and Bonds," dated Oct. 15, 2019 | Laperriere |
| 8 | Email Correspondence from G. Lam re: "RE: Cyclical call screen" dated Aug. 19, 2015 | Moronski |
| 9 | Cornerstone Macro Options Strategy Report "Call and Put Writing Candidates," dated Sept. 8, 2015 | Moronski, Gregory |
| 10 | Cornerstone Macro Options Strategy Report "The Big Tech Rotation," dated Oct. 9, 2015 | Moronski, Gregory |
| 11 | Cornerstone Macro Options Strategy Report "Reflation Candidate Vol Screen," dated Nov. 18, 2015 | Moronski, Gregory |
| 12 | Cornerstone Macro Options Strategy Report "Leveraged Exposure to Value," dated Feb. 25, 2016 | Moronski, Gregory |
| 13 | Cornerstone Macro Options Strategy Report "Neutralizing Portfolio Torpedoes," dated Apr. 29, 2016 | Moronski, Gregory |
| 14 | Cornerstone Macro Options Strategy Report "Get in Front of Credit Upgrades with Options," dated June 15, 2016 | Moronski, Gregory |
| 15 | G. Lam Email Correspondence re: "Cyclical stock picks with >10k oi" dated July 27, 2016 | Moronski |
| 16 | Cornerstone Macro Options Strategy Report "Materially Better," dated July 28, 2016 | Moronski, Gregory |
| 17 | Cornerstone Macro Options Strategy Report "Overwriting But Avoiding Earnings," dated Oct. 12, 2016 | Moronski, Gregory |
| 18 | Cornerstone Macro Options Strategy Report "Catching Growth Tailwinds with Options," dated Jan. 26, 2017 | Moronski, Gregory |

| | | |
|---|---|---|
| 19 | Cornerstone Macro Options Strategy Report "Neutralizing Low Quality Earnings," dated Feb. 9, 2017 | Moronski, Gregory |
| 20 | Cornerstone Macro Options Strategy Report "High Quality Opportunities in High Quality Earnings" dated Dec. 7, 2017 | Moronski, Gregory |
| 21 | Email Correspondence from G. Lam re: "RE: Cornerstone sell model screen," dated Feb. 8, 2018 | Moronski, Gregory |
| 22 | Cornerstone Macro Options Strategy Report "Core Positions for Rising Core Inflation," dated Mar. 22, 2018 | Moronski, Gregory |
| 23 | Letter Correspondence, "Re: Cornerstone Macro LP Amended and Restated Limited Partnership Agreement, effective April 20, 2013 (the "LP Agreement") from A. Paccione to R. Brodsky dated Oct. 10, 2018 | Moronski, Gregory |
| 24 | Letter Correspondence, "Re: Ceases and Desist, Transfer and Assignment of Francois Trahan Intellectual Property" from R. Brodsky to General Partner/ Partners of the LP Cornerstone Macro dated Oct. 11, 2018 | Moronski |
| 25 | Letter Correspondence, "Re: Your Letter of October 11, 2018 to Cornerstone Macro LP," from A. Paccione to R. Brodsky dated Oct. 16, 2018 | Moronski |
| 26 | Letter of Resignation from Samuel Blackman dated Dec. 11, 2018 | Moronski |
| 27 | Email Correspondence re: "Yo" from Francois Trahan dated Mar. 18, 2018 | Kantrowitz |
| 28 | Email Correspondence re: "Cornerstone Macro Announcement," from F. Trahan dated May 8, 2018 | Kantrowitz |
| 29 | Letter Correspondence, "RE: Cornerstone Macro Holdings LLC" from F. Trahan to F. Moronski of Cornerstone Macro Holdings LLC dated June 22, 2018 | Kantrowitz |
| 30 | Assorted Graphs and Charts Found on Google Image Search | Kantrowitz |
| 31 | Email Correspondence from T. Pullen re: "RE: CSM | Scoop of Chocolate, Scoop of Vanilla," dated June 6, 2017 | Gregory |
| 32 | Email Correspondence from S. Gregory re: "RE: White Box Model," dated Aug. 31, 2017 | Gregory |
| 33 | Cornerstone Macro Portfolio Insights Report "The VALUE of Outperforming the Growth Universe," dated Apr. 24, 2014 | Gregory |
| 34 | Excerpts of Wolfe Trahan Quantitative Research Report "Investing with Style… Value, Growth and Stock Selection," dated Mar. 8, 2012 | Gregory |
| 35 | "Calculating Mohanram's G-Score Using SI Pro and Microsoft Excel" AMERICAN ASSOC. OF INDIVIDUAL INVESTORS, https://www.aaii.com/journal/article/ | Gregory |

3

|    |    |    |
|----|----|----|
|    | calculating-mohanram-g-score-using-si-pro-and-microsoft-excel (accessed Feb. 27, 2019). |    |
| 36 | "Simple Methods to Improve the Piotroski F-Score," AMERICAN ASSOC. OF INDIVIDUAL INVESTORS, https://www.aaii.com/journal/article/simple-methods-to-improve-the-piotroski-f-score (accessed Feb. 27, 2019) | Gregory |
| 37 | Cornerstone Macro Portfolio Design Report: Extra Credit: Getting Ahead of Rating Changes, dated Jan. 16, 2014 | Gregory |
| 38 | Excerpts of Wolfe Trahan Quantitative Research Report "The Seven Pillars of Investing: A Model 100 Years in the Making," dated Spring 2011 | Gregory |
| 39 | Cornerstone Macro Portfolio Insights Report "For A Good Time, Read This Report," dated July 3, 2018 | Gregory |
| 40 | CSM White Box Tear Sheet | Gregory |
| 41 | Excerpts of Wolf Trahan Quantitative Research Report "Introducing the Wolfe Trahan White Box," dated Mar. 29, 2011 | Gregory |
| 42 | Excerpts of Wolfe Trahan Quantitative Research Report "The Seven Pillars Series: Spotlight on Valuation," dated Apr. 7, 2011 | Gregory |
| 43 | Excerpts of Wolfe Trahan Quantitative Research Report "The Seven Pillars Series: Spotlight on Manipulation," dated Apr. 15, 2011 | Gregory |
| 44 | Excerpts of Wolfe Trahan Quantitative Research Report "The Seven Pillars Series: Spotlight on Risk," dated Apr. 21, 2011 | Gregory |
| 45 | Excerpts of Wolfe Trahan Quantitative Research Report "The Seven Pillars Series: Spotlight on Sentiment," dated Apr. 28, 2011 | Gregory |
| 46 | Excerpts of Wolfe Trahan Quantitative Research Report "The Seven Pillars Series: Spotlight on Governance," dated May 4, 2011 | Gregory |
| 47 | Excerpts of Wolfe Trahan Quantitative Research Report "The Seven Pillars Series: Spotlight on Profitability," dated May 13, 2011 | Gregory |
| 48 | Excerpts of Wolfe Trahan Quantitative Research Report "The Seven Pillars Series: Spotlight on Operating Efficiency," dated May 18, 2011 | Gregory |
| 49 | Excerpts of Wolfe Trahan Quantitative Research Report "A Short Model for all Seasons," dated July 25, 2012 | Gregory |
| 50 | Cornerstone Macro Portfolio Design Report "What Not To Own," dated Oct. 3, 2013 | Gregory |
| 51 | Excerpts of Wolfe Trahan Quantitative Research Report "Cheap ≠ A Good Deal: Redefining Valuation," dated Jan. 30, 2013 | Gregory |

3. On October 6, 2018, I received an email from Reed Brodsky of Gibson Dunn demanding, as part of an agreement for a 30-day stay of litigation, that Cornerstone pay Trahan a "reasonable sum" for a "grant" to use Trahan's IP.

*Anthony L. Paccione*

Sworn to before me this 20 day of March, 2019

Notary Public

JAKE ALEC NUSSBAUM
NOTARY PUBLIC-STATE OF NEW YORK
No. 02NU6386577
Qualified in New York County
My Commission Expires 01-28-2023

5