UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCOIS TRAHAN,<br><br>              *Plaintiff*,<br><br>      v.<br><br>NANCY LAZAR, ANDREW LAPERRIERE, ROBERTO PERLI, MICHAEL KANTROWITZ, GEORGE ZACHAR, CORNERSTONE MACRO HOLDINGS LLC, AND CORNERSTONE MACRO RESEARCH LP F/K/A CORNERSTONE MACRO LP,<br><br>              *Defendants*. | Case No. 1:19-cv-01131 (GHW)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT:

      I, Andrew L. Fish, hereby appear as one of the attorneys for Plaintiff Francois Trahan.  I certify that I am admitted to practice in this Court, and request that you provide electronic notification of filings in this case to me at afish@ssbb.com.

Dated: New York, New York
       September 24, 2019

                                                            SATTERLEE STEPHENS LLP
                                                            *Attorneys for Francois Trahan*

                                                            By:  /s/ Andrew L. Fish
                                                                  Andrew L. Fish
                                                           230 Park Avenue, 11th Floor
                                                           New York, New York 10169
                                                           afish@ssbb.com
                                                           Tel:  (212) 818-9200
                                                           Fax: (212) 818-9607